UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ )<br>(DROSPIRENONE) MARKETING, SALES )<br>PRACTICES AND PRODUCTS LIABILITY )<br>LITIGATION )<br>) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*DAVID M. BOON, as Personal Representative of the*   No. 13-cv-10763-DRH
*Estate of BROOKE J. BOON, deceased*
*v. Bayer Corporation et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the plaintiff's motion, entered on May 12, 2015 (Doc. 7), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
     Deputy Clerk

Digitally signed by
David R. Herndon
Date: 2015.05.12
10:40:19 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT